IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 4:21-CV-00052-FL

| | |
|---|---|
| RONNIE D. SUGGS,<br>Plaintiff,<br><br>v.<br><br>JOHN WOOD GROUP PLC<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RONNIE D. SUGGS,<br>Plaintiff,<br><br>v.<br><br>WOOD ENVIRONMENT AND<br>INFRASTRUCTURE SOLUTION, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on the Motion of Plaintiff, pursuant to Rule 21 of the Federal Rules of Civil Procedure [D.E. 9], for an order adding John Wood Group PLC and Amec Foster Wheeler Kamtech, Inc. as a party in this action, remove Wood Environment and Infrastructure Solution, Inc. as a party, and allowing Plaintiff to file a Second Amended Complaint.

It appears to the Court that good cause has been shown, that diversity will not be affected by the addition, and that no party, existing or added by this motion, shall be prejudiced by the addition.

In sum, the Court GRANTS Plaintiff's Motion to Add Party [D.E. 9] and ORDERS that John Wood PLC and Amec Foster Wheeler Kamtech, Inc. be added as a Defendant to this action and that Wood Environment and Infrastructure Solution, Inc be removed from this action.

Plaintiff is ORDERED to file his Second Amended Complaint incorporating the additional parties and removing Wood Environment and Infrastructure Solution Inc. as a party, within 5 days of the date of this Order.

This the 2nd day of June, 2021

_____
United States District Judge Presiding